RE: Weilburg v. Sims, 6-CV-03125

July 14, 2006

Dear Clerk,

Please find enclosed a copy of "Offender Authorization for Payment" deducting $500 from my account payable to you for the filing fee so required to file my Petition For Habeas Corpus in the U.S. District Court.

Please inform me if you did not recieve the money.

Thank you and have a nice day!

Dave Weilburg /32180
P.O. Box # 900
Taylorville, IL. 62568

**FILED**

JUL 1 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



Illinois Department of Corrections

**Offender Authorization for Payment**

Posting Document #: 
Offender Name: David Welburn #A32160     Date: June 7, 2006
Pay to: Clerk of the U.S. District Court     ID#: A32/60    Housing Unit: MB/B10
Address: 600 E. Monroe
City, State, Zip: Springfield, IL 62701
The sum of: Five — dollars, and —0— cents charged to my trust fund
account, for the purpose of: Legal Pleadings

☐ I hereby authorize payment of postage for the attached mail.
☒ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature: David Welburn    ID#: A32160
Witness Signature: [signature]

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature
Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
(Replaces DC 626)