| **SENDER:** <br>• Complete items 1 and/or 2 for additional services. <br>• Complete items 3, 4a, and 4b. <br>• Print your name and address on the reverse of this form so that we can return this card to you. <br>• Attach this form to the front of the mailpiece, or on the back if space does not permit. <br>• Write "Return Receipt Requested" on the mailpiece below the article number. <br>• The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee): <br>1. ☐ Addressee's Address <br>2. ☐ Restricted Delivery <br>Consult postmaster for fee. |
|---|---|
| 3. Article Addressed to: <br>Taylorville Correctional Center <br>Route 29 South <br>P. O. Box 1000 <br>Taylorville, IL  62568 <br>Attn:  Gregory Sims, Warden | 4a. Article Number <br>7099 3400 0016 0110 4562 <br>4b. Service Type <br>☐ Registered    ☑ Certified <br>☐ Express Mail  ☐ Insured <br>☑ Return Receipt for Merchandise  ☐ COD <br>7. Date of Delivery <br>8/3/06 |
| 5. Received By: (Print Name) <br>J Watson <br>6. Signature: (Addressee or Agent) <br>X | 8. Addressee's Address (Only if requested and fee is paid) |

PS Form 3811, December 1994        **Domestic Return Receipt**