IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | |
|---|---|
| DARO WEILBURG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 06-3125 |
| ) | |
| GREGORY SIMS, ) | The Honorable |
| ) | Richard Mills, |
| Respondent. ) | Judge Presiding. |

## APPEARANCE

Now comes LISA MADIGAN, Attorney General of the State of Illinois, By Colleen M. Griffin, Assistant Attorney General, and hereby enters her appearance for the respondent in the above-captioned case.

                LISA MADIGAN
                Attorney General of Illinois

By:  s/ Colleen M. Griffin
      COLLEEN M. GRIFFIN
      Assistant Attorney General
      100 West Randolph Street
      12th Floor
      Chicago, Illinois 60601
      (312) 814-4684

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | | |
|---|---|---|
| DARO WEILBURG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 06-3125 |
| | ) | |
| GREGORY SIMS, | ) | The Honorable |
| | ) | Richard Mills, |
| Respondent. | ) | Judge Presiding. |

Certificate of Service

    I hereby certify that on August 14, 2006, I electronically filed an appearance with the Clerk of Court using the CM/ECF system and I hereby certify that on August 14, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

Daro Weilburg, #R32180
Taylorville Correctional Center
Route 29 South
P.O. Box 900
Taylorville, Illinois 62568

                                            Respectfully submitted,
                                            LISA MADIGAN
                                            Attorney General of Illinois

BY:    s/Colleen M. Griffin
           COLLEEN M. GRIFFIN
           Assistant Attorney General
           100 West Randolph Street, 12th Floor
           Chicago, Illinois 60601
           (312) 814-4684
           cgriffin@atg.state.il.us