IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | |
|---|---|
| DARO WEILBURG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 06-3125 |
| ) | |
| GREGORY SIMS, ) | The Honorable |
| ) | Richard Mills, |
| Respondent. ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

NOW COMES RESPONDENT, GREGORY SIMS, by and through his attorney, LISA MADIGAN, Attorney General of the State of Illinois, and moves this Court for a thirty-five (35) day extension of time to file his answer, or otherwise plead, to the instant petition for writ of habeas corpus, from September 15, 2006, to and including October 20, 2006. An affidavit in support of this motion is attached hereto.

                                            LISA MADIGAN
                                            Attorney General of Illinois

By:    s/Colleen M. Griffin
           COLLEEN M. GRIFFIN
           Assistant Attorney General
           100 West Randolph Street, 12th Floor
           Chicago, Illinois 60601
           (312) 814-4684

State of Illinois )
) S.S.
County of Cook )

## A F F I D A V I T

COLLEEN M. GRIFFIN, being first duly sworn upon oath, deposes and states as follow:

1. That I am the Assistant Attorney General assigned to represent respondent in this matter.

2. That the answer to the instant petition is due to be filed on or before September 15, 2006.

3. That affiant has ordered the state court materials necessary to adequately respond to said petition, but has not received all of said materials yet.

5. That this is respondent's first request for an extension of time to file a response in this matter.

6. That this motion is not for purposes of delay, but is made solely to ensure that respondent's interests are adequately protected.

7. That Respondent respectfully requests that this Honorable Court grant his thirty-five day request for an extension of time to and including October 20, 2006, within which to file his answer, or otherwise plead to the instant petition.

FURTHER AFFIANT SAYETH NOT.

s/Colleen M. Griffin
COLLEEN M. GRIFFIN

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | | |
|---|---|---|
| **DARO WEILBURG,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 06-3125 |
| | ) | |
| **GREGORY SIMS,** | ) | The Honorable |
| | ) | Richard Mills, |
| Respondent. | ) | Judge Presiding. |

Certificate of Service

    I hereby certify that on August 14, 2006, I electronically filed a motion for extension of time with the Clerk of Court using the CM/ECF system and I hereby certify that on August 14, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

Daro Weilburg, #R32180
Taylorville Correctional Center
Route 29 South
P.O. Box 900
Taylorville, Illinois 62568

                        Respectfully submitted,
                        LISA MADIGAN
                        Attorney General of Illinois

BY:    s/Colleen M. Griffin
         COLLEEN M. GRIFFIN
         Assistant Attorney General
         100 West Randolph Street, 12th Floor
         Chicago, Illinois 60601
         cgriffin@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | | |
|---|---|---|
| **DARO WEILBURG,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 06-3125 |
| | ) | |
| **GREGORY SIMS,** | ) | The Honorable |
| | ) | Richard Mills, |
| Respondent. | ) | Judge Presiding. |

## ORDER

This cause coming to be heard on the motion of the respondent for an extension of time to file his Answer to the instant writ of habeas corpus from September 15, 2006, to and including October 20, 2006, and this Honorable Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Motion of respondent is hereby

GRANTED/DENIED.


ENTER: _____

COLLEEN M. GRIFFIN
Assistant Attorney General
Attorney for Respondent
Criminal Appeals Division
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-4684