E-FILED
Friday, 18 August, 2006 10:10:09 AM
Clerk, U.S. District Court, ILCD

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*

3. Article Addressed to:

William Browers
Chief Assistant Atty General
Criminal Appeal Bureau
100 West Randolph Street
12th Floor
Chicago, Illinois 60601

4a. Article Number
7099 3400 0016 0110 4579

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

RECEIVED

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

ATTORNEY GENERAL

6. Signature: *(Addressee or Agent)*
X

PS Form **3811**, December 1994    Domestic Return Receipt