E-FILED
Tuesday, 03 October, 2006  09:16:05 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT

DARO WEILBURG,            )

    Petitioner,       )

                      )

    v.                    )     Docket No. 6-CV-03125

                        )

GREGORY SIMS, et al.,    )

    Respondents.     )

## MOTION FOR ORDER OF TRAVEL BETWEEN THE STATE OF ARIZONA AND THE STATE OF ILLINOIS

**NOW COMES** the Petitioner, **DARO WEILBURG,** in pro per and hereby moves this Honorable court to issue an order permitting Petitoner to travel between the States of Arizona and Illinois without hindrance from the paroling authorities of those states for the reasons more fully set forth below:

**IN SUPPORT THEREOF** Petitioner states:

1. He is currently serving his Mandatory Supervised Relief term in addition to the sentence imposed by the court. (730 ILCS 5/5-8-1(d) )

2. He has requested that he serve that additional term of MSR in the State of Arizona.

3. There will be travel restrictions imposed on Petitioner by the paroling authorities from Arizona. These restrictions will inhibit Petitioner from proceeding with his <u>pro se</u> pending litigation.

**WHEREFORE** Petitioner respectfully reguests this Honorable court to issue the order allowing Petitioner to travel at his own expense between the States of Arizona and Illinois for the duration of the proceedings pending before this court and any other courts of the State of Illinois.

Respectfully Submitted,

Date: 9-29-06

By *[signature]*

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT

| | |
|---|---|
| DARO WEILBURG,       ) | |
|         Petitioner,  ) | Docket No. 6-CV-03125 |
|     v.               ) | |
| GREGORY SIMS, et al., ) | |
|         Respondents. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Petitioner **DARO WEILBURG** be allowed to travel when necessary between the States of Arizona and Illinois to appear as required to defend or otherwise prosecute civil litigation within this court or any other court in the State of Illinois without hinderance by the paroling authorities.

**ORDER ISSUED** this ____ day of _____, 2006 and shall remain in force until further order of this court.

                                                          _____
                                                          Judge of the U.S. District Court
                                                          Central District of Illinios

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, DARO WEILBURG, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 29th day of September, 2006.

_____
Daro Weilburg
Affiant

IN THE

U.S. DISTRICT COURT FOR THE NORTHERN

DISTRICT, CENTRAL DIVISION

| | | |
|---|---|---|
| DARO WELLBURY, | ) | |
| PETITIONER- PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 06-CV-3125 |
| | ) | |
| GREGORY SIMS, | ) | |
| RESPONDENT- DEFENDANT | ) | |

PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT　　　　TO: Colleen M. Griffin
U.S. District Court　　　　　　　　Assistant Attorney General
600 E. Monroe St　　　　　　　　100 W. Randolph St. / 12th Floor
Springfield, IL. 62701　　　　　　Chicago, IL. 60601

**PLEASE TAKE NOTICE** that on September 29, 2006, I have placed the attached document(s) in the United States mail at Rockford, IL. properly addressed to the parties listed above for mailing through the United States Postal Service at: Motion for Order of Travel between the State of Arizona and the State of Illinois

I swear that I mailed the attached document(s) as above addressed under penalty of law.

So Sworn,

Daro Wellbury

PRO SE,
14812 N. Caliente Dr.
Fountain Hills, AZ.
85268