E-FILED
Tuesday, 17 October, 2006  03:25:09 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT

| | | |
|---|---|---|
| DARO WEILBURG, | ) | |
| | ) | Docket No: 06-3125 |
| Petitioner, | ) | |
| | ) | (Hon. Richard Mills) |
| Vs. | ) | |
| | ) | |
| GREGORY SIMS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION FOR ORDER TO SHOW CAUSE

**NOW COMES** the Petitioner, **DARO WEILBURG,** in *pro per* and hereby moves this Honorable Court to order the Respondents to show cause as to why they or their agents will not allow Petitioner to return to his home in the State of Arizona. In Support thereof Petitioner states:

1. Petitioner was released to serve the 2nd of two sentences/punishments imposed upon him for the single offense of theft over $10.000., a class 2 felony. The first sentence/punishment imposed upon him by the judicial of a nine and one-half year aggregated prison sentence and the second sentence imposed upon him by the respondents and/or their agents of two additional years of Mandatory Supervised Release. Petitioner was released on September 26, 2006.

2. In February of 2006, Petitioner informed Respondents and their agents that he desired to transfer his

second sentence of MSR to the State of Arizona. In fact, Respondents had full knowledge that Petitioner lived in Arizona, Petitioner was extradited from the State of Arizona on July 21, 2003.

    3. On September 25, 2006, Petitioner was informed that the State of Arizona had not yet approved his transfer. Petitioner pleaded with the Respondents to allow him to stay at a Springfield hotel, at his own expense, to await the approval process from Arizona.

    4. Respondents denied Petitioner's plea to stay at a Springfield Hotel to await the approval of his transfer to the State of Arizona. And, forced him to reside at the Salvation Army Homeless Shelter in Rockford, Illinois, a religious oriented Homeless Shelter. Petitioner is a Jehovah's Witness. The Respondents knew that as well.

    5. On October 2, 2006, the State of Arizona approved Petitioner's MSR transfer and faxed the appropriate paperwork back to the Respondents or their agents here in Illinois. Illinois had sent the paperwork to Arizona initially.

    6. The Petitioner's wife, children and home lies in Arizona. Petitioner spent 4 years 6 months in Illinois Prisons, over 2 years more than the law required, and after serving his prison sentence, he learns he will not be released at all, but, conditionally, subject to return to

prison if he violates a mere rule over the next two years.

      7. Petitioner notified the Respondents Counsel by email, on October 10, 2006, and pleaded with counsel to intervene. Counsel for the Respondents was too proud to even respond to Petitioner, who is pro se. (See Attachment 1, annexed hereto as, October 10, 2006 email from Petitioner to the Assistant Attorney General who represents Respondents in this cause) Petitioner was forced to seek resolve from this court.

      8. Petitioner has completed the judicially imposed sentence, and then some. He wants to go home. The Respondents and or their agents, have their thumb upon Petitioner and are twisting that thumb from side to side in retaliation for what the law plainly allows Petitioner to do.

      **WHEREFORE** Petitioner respectfully requests this Honorable Court to Order the Respondents and their Counsel to Show Cause as to why this Petitioner is being held Prisoner in the State of Illinois after he completed the entire judicially imposed sentences as aggregated by the Respondents and or their agents.

DATE: *October 12, 2006*      By *Daro Weilburg*
                                                             In Propria Personam

                                                             **Daro Weilburg**
                                                              14812 N. Caliente Dr.
                                                             **Fountain Hills, AZ. 85268**

Yahoo! Mail - redinguy2@yahoo.com                                                                                    Page 1 of 1

3:06-cv-03125-RM #12    Page 4 of 7

| | |
|---|---|
| **Date:** | Tue, 10 Oct 2006 17:12:29 -0700 (PDT) |
| **From:** | "Daro Weilburg" <redinguy2@yahoo.com>   Add to Address Book   Add Mobile Alert |
| **Subject:** | I want to go home! |
| **To:** | cgriffin@atg.state.il.us |
| **CC:** | wplmaite@yahoo.com |

Re: Weilburg v. Sims, et al., U.S. District Court No. 6-3125

Ms. Griffin:

On October 2, 2006, The State of Arizona approved my Mandatory Supervised Release transfer and faxed the paperwork, (which Illinois initially sent them) back to Illinois. It is now, at the reading of this email, October 12, 2006. There is no viable reason for Illinois to delay my transfer, except in retaliation for the current pleadings, which the law plainly allows me to do.

I am currently preparing a **Motion for Order to Show Cause.** I hope that I will not be forced to file this pleading and bother the Court with a complaint of retaliatory persecution from your client the Prison Review Board i.e., the Illinois Department of Corrections.

My home is in Arizona, yet, I am kept a prisoner of the State of Illinois, over and beyond the sentence of imprisonment imposed upon me by the Court. I just want to return to my wife, my kids and my home. I am forced to stay at a hotel. I cannot get a job due to the waiting. My expenses have surpassed a thousand dollars and I am losing wages as a result of this retaliatory action by your clients.

I will be electronically filing the above imformation complete with receipts and other documents by 5:00 o'clock today, 12 October, 2006, I have a Pacer Account. You are extremely busy, the courts are overburdened so please direct your clients to quit playing games. Or, in the alternative explain it to both Judges.

Have a great day!

(Attachment 1)

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT

| | | |
|---|---|---|
| **DARO WEILBURG,** | ) | |
| Petitioner, | ) | Docket No. <u>6-3125</u> |
| Vs. | ) | |
| **GREGORY SIMS, et al.,** | ) | |
| Respondents. | ) | |

### ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that the Respondents, by and through their counsel, appear before this court on this _____ day of _____, 2006, at Courtroom _____ and show cause as to why they have kept Petitioner a prisoner of the State of Illinois beyond the judicially imposed sentence, and why they will not allow Petitioner to return to his home in the State of Arizona.

**DONE** this ____ day of _____, 2006

By _____
Judge Richard Mills

**AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY**

I, **DARO WEILBURG,** affiant, do hereby declare and affirm under penalty of perjury as defined in **735 ILCS 5/1-109** that everything contained herein is true and accurate to the best of my knowledge, except as to those things stated upon my belief, and as to those matters I believe them to be true. I further declare that the foregoing documents are known to me to be true and accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed this 12th day of October, 2006

By: _Daro Weilburg_
                                                AFFIANT

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT

| | | |
|---|---|---|
| **DARO WEILBURG,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. <u>6-3125</u> |
| | ) | |
| Vs. | ) | (Hon. Richard Mills) |
| | ) | |
| **GREGORY SIMS. Et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

**PROOF/CERTIFICATE OF SERVICE**

TO: **CLERK OF THE COURT**      TO: **Colleen M. Griffin**
    151 Federal Court Building       Asst. Atty. Gen.
    600 E. Monroe St.                100 W. Randolph/12$^{th}$Fl
    Springfield, IL. 62701           Chicago, IL. 60601

**PLEASE TAKE NOTICE** that on <u>October 12</u>, 2006, I have placed the following documents in the U. S. Mail at Rockford, Illinois properly addressed to the parties listed above for mailing through the U.S. Postal Service:

**MOTION FOR ORDER TO SHOW CAUSE**

I swear that I mailed the attached document(s) as above described and addressed under penalty of law.

So Sworn:

*Daro Weilburg* (signature)
Daro Weilburg
In Propria Personam
14812 N. Caliente Dr.
Fountain Hills, AZ.
85268