

E-FILED
Thursday, 30 November, 2006  02:13:21 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT

| | |
|---|---|
| DARO WEILBURG,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY SIMS, et al.,<br><br>    Defendant | Case No.: <u>6-3125</u><br><br>(Hon. Richard Mills) |

### REQUEST FOR HEARING

**COMES NOW** Petitioner Daro Weilburg, *in pro per* and hereby moves this Honorable court to set a hearing in the above captioned matter to adjudicate the issues pending before this court of the Petitioner's Motion for Summary Judgment, Motion to Strike the Respondents' Answer to Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C., Section 2254 and any other matters now before the court for the following reasons set forth below:

    IN SUPPORT THEREOF Petitioner states:

    1.   He is the Petitioner in the above entitled matter and proceeds *in propria personam*.

    2.   He filed his 2254 Petition for Writ for Habeas Corpus on 6/1/06.

    3.   He filed his Memorandum in Support of His Habeas

Hearing on Motion for Summary Judgment

- 1

Daro Weilburg
In Propria Personam
14812 N. Caliente Dr.
Fountain Hills, AZ. 85268
Phone: (480) 816-0983

Corpus Petition on 6/13/06.

4. This Court ordered the Illinois Attorney General to answer the Petition pursuant to Rule 5 of the Rules Governing 2254 Petitions on 7/28/06.

5. On 8/14/06, The Respondents moved for an extension of time in which to file their Answer. This Court provided Respondents from 9/15/06 until 10/20/06 to file their Answer.

6. On 8/21/06, Petitioner filed a Motion for Summary Judgment. The Respondents have not answered that pleading.

8. On 9/29/06, Petitioner filed his Motion for Order of Travel between the State of Arizona and the State of Illinois as he has transferred his Mandatory Supervised Release to Arizona. Petitioner will need that order from this Court to make any appearances before the court, otherwise he cannot leave the State of Arizona.

9. On 10/16/06, Respondents filed their answer.

10. On 10/17/06, Petitioner filed his Motion for Order to Show Cause as to why the State of Illinois needlessly delayed his transfer to the State of Arizona. The Respondents have not plead to that Motion.

11. On 10/17/06, this Court Ordered the Respondents to respond to the Motion for Order To Show Cause by 10/31/06. Over a month has elapsed and there has been no response by the Respondents.

Hearing on Motion for Summary Judgment

- 2

Daro Weilburg
In Propria Personam
14812 N. Caliente Dr.
Fountain Hills, AZ. 85268
Phone: (480) 816-0983

12.  The Respondents have refused to acknowledge the existence of the litigation before this Court. They have not adhered to Orders from this Court and refuse to address the issues pursuant to settling this matter outside the forum of the Court.

13.  Petitioner has attempted to contact Counsel for the Respondents and Counsel refuses to come to the negotiating table.

14.  There is no material question of fact left to resolve, the State of Illinois violated this Petitioner's Constitutional Rights, clear and unequivocally by failing to provide a Fair Trial, Effective Assistance of Counsel, or any counsel at all for the sentencing in the State matter. Tainted evidence went to the Jury, witnesses were allowed to change testimony from one day to the next, and, documents were bogus.

**WHEREFORE** Petitioner respectfully requests this Court to order a Hearing in the above entitled matter on January 8, 2007, at the hour of 9:00 am, or other such time as the Court's calendar allows.

Dated this 25th day of November, 2007

Hearing on Motion for Summary Judgment

- 3

Daro Weilburg
In Propria Personam
14812 N. Caliente Dr.
Fountain Hills, AZ. 85268
Phone: (480) 816-0983

11/22/06

By: _____
Daro Weilburg
In Propria Personam
14812 N. Caliente Dr.
Fountain Hills, AZ.
85268
Phone: (480) 816-0983

Hearing on Motion for Summary Judgment

- 4

Daro Weilburg
In Propria Personam
14812 N. Caliente Dr.
Fountain Hills, AZ. 85268
Phone: (480) 816-0983

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT

| | | |
|---|---|---|
| DARO WEILBURG, | ) | |
| | ) | Case No.  6-1325 |
| Petitioner, | ) | |
| | ) | (Hon. Richard Mills) |
| Vs. | ) | |
| | ) | |
| GREGORY SIMS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that a hearing will be held in the above captioned matter to address Motions on January 8, 2007, at 9:00 am, in Courtroom ____, located at the U.S. District Courthouse, Springfield, Illinois.

By: _____
Judge Richard Mills
U.S. District Judge

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, <u>Daro Weilburg,</u> affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge, except as to the matters stated herein upon my belief, and as to those matters I believe them to be true. I further declare and affirm that the contents of the foregoing documents annexed hereto are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this <u>27th</u> day of <u>November</u>, 2006

By _Daro Weilburg_

Daro Weilburg
In *Propria Personam*
14812 N. Caliente Dr.
Fountain Hills, AZ. 85268

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT

| | |
|---|---|
| DARO WEILBURG, ) | |
| ) | |
| Plaintiff, ) | Case No. <u>6-3125</u> |
| ) | |
| V. ) | (Hon. Richard Mills) |
| ) | |
| SUSAN SUGGS, et al., ) | |
| ) | |
| Defendants. ) | |

FILED
NOV 3 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PROOF OF SERVICE**

**NOW COMES** the Petitioner, **DARO WEILBURG**, in *pro per* and hereby submits that he served the party(ies) listed below with the Original and two (2) true copies of his **MOTION FOR HEARING** by placing the copies in the United States Postal Service Mailbox located in Fountain Hills, Arizona on this 27th day of <u>November</u>, <u>2006</u>:

Original and one true copy to:

**Clerk of the U.S. District Court**
600 Monroe Street
Springfield, Illinois 62701

One True copy to:

        **Ms. Colleen M. Griffin**
        Assistant Attorney General
        100 W.Randolph/12th Floor
        Chicago, Illinois 60104


Dated: 11/27/06              By _____
                                                 Daro Weilburg
                                                 In *Propria Personam*
                                                 14812 N. Caliente Dr.
                                                 Fountain Hills, AZ.
                                                                     85268
                                                 Phone: 480-816-0983