# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**DARO WEILBURG**

vs.                                         Case Number:  **06-3125**

**JESSE MONTGOMERY**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XXX **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Richard Mills: Petitioner's petition under 28 USC §2254 for a writ of habeas corpus (d/e 1) is denied.

ENTER this 5th day of December, 2006

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK