IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DARO WEILBURG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | No. 06-3125 |
| ) | |
| JESSE MONTGOMERY,[1] ) | |
| ) | |
| Respondent. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Petitioner's motion for amendment from judgment or in the alternative motion for relief from

---

[1] Gregory Sims, the Warden at the facility where the Petitioner was previously incarcerated, was initially named as the Respondent in this action. The Petitioner has been released from prison and is currently serving a term of mandatory supervised release. Jesse Montgomery, the Deputy Director of the Parole Division for the Illinois Department of Corrections, is therefore now the proper Respondent in this action. Accordingly, Mr. Montgomery is hereby substituted as the Respondent in this habeas action. See Fed. R. Civ. P. 25(d)(1); see also Hogan v. Hanks, 97 F.3d 189, 190 (7th Cir. 1996) (observing that if the petitioner is on parole, the proper respondent is the parole board or its equivalent).

1

judgment.

In an Opinion and Order entered on December 5, 2006, the Court denied the Petitioner's petition under 28 U.S.C. § 2254. The Petitioner's current motion essentially asks the Court to reconsider that previous ruling. Finding no basis to depart from the earlier ruling, the Court will DENY the Petitioner's motion.

<u>Ergo</u>, the Petitioner's motion for amendment from judgment or in the alternative motion for relief from judgment [d/e 17] is DENIED.

ENTER: January 25, 2007

          FOR THE COURT:

                    s/Richard Mills
                    United States District Judge