E-FILED
Thursday, 01 February, 2007  03:28:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DARO WEILBURG, ) | |
| ) | |
| Petitioner, ) | No. 06-3125 |
| ) | |
| v. ) | The Honorable |
| ) | Richard Mills, |
| JESSE MONTGOMERY, ) | Judge Presiding. |
| ) | |
| Respondent. ) | |

## APPEARANCE

Now comes LISA MADIGAN, Attorney General of Illinois, by and through Assistant Attorney General Katherine D. Saunders, and hereby enters her appearance as counsel for Respondent JESSE MONTGOMERY in the above-captioned cause.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   **s/Katherine D. Saunders**
KATHERINE D. SAUNDERS Bar Number: 6230668
Attorney for Respondent
Assistant Attorney General
100 W. Randolph, 12th Floor
Chicago, Illinois 60601
Telephone: (312) 814-6128
Fax: (312) 814-2253
Email:ksaunders@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DARO WEILBURG, ) | |
| ) | |
| Petitioner, ) | No. 06-3125 |
| ) | |
| v. ) | The Honorable |
| ) | Richard Mills, |
| JESSE MONTGOMERY, ) | Judge Presiding. |
| ) | |
| Respondent. ) | |

## NOTICE OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on February 1, 2007, Katherine D. Saunders, submitted her APPEARANCE for electronic filing and uploading to the CM/ECF system. The undersigned attorney hereby certifies that a copy of this document has been mailed by United States Postal Service to the following non-CM/ECF participant:

Daro Weilburg
14812 N. Caliente Dr.
Fountain Hills, Arizona 85268

LISA MADIGAN
Attorney General of Illinois

By: s/Katherine D. Saunders
Atty. Reg. No. 6230668
Assistant Attorney General
100 W. Randolph St., 12th Floor
Chicago, Illinois 60601
312-814-6128
FAX: 312-814-2253
ksaunders@atg.state.il.us