UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DARO WEILBURG, | ) |
| | ) |
| Petitioner, | ) No. 06-3125 |
| | ) |
| v. | ) The Honorable |
| | ) Richard Mills, |
| JESSE MONTGOMERY, | ) Judge Presiding. |
| | ) |
| Respondent. | ) |

**MOTION TO SUBSTITUTE AS COUNSEL FOR RESPONDENT**

Assistant Attorney General Katherine D. Saunders moves for leave to substitute as counsel for respondent in this case. In support, counsel states:

1. This case concerns a petition for writ of habeas corpus filed by a State prisoner pursuant to 28 U.S.C. §2254.

2. Assistant Attorney General Colleen Griffin is currently the attorney of record in this case. Ms. Griffin filed an answer to the above-captioned petition on October 16, 2006 (Doc.11), and this Court entered judgment denying habeas corpus relief on December 5, 2006 (Doc.16). On January 16, 2007, the Court denied petitioner's motion for relief from judgment. (*See* Docs.17, 18).

3. Ms. Griffin has terminated her employment with the Office of the Illinois Attorney General and this case was reassigned to undersigned counsel.

4. Therefore, the undersigned counsel seeks leave to substitute as counsel of record for respondent.

5. Undersigned counsel will file an appearance contemporaneously with this motion to substitute.

WHEREFORE, Assistant Attorney General Katherine D. Saunders seeks leave to substitute as counsel for respondent.

February 1, 2007                                Respectfully submitted,

                                                LISA MADIGAN
                                                Attorney General of Illinois

                                        By:     s/Katherine D. Saunders
                                                Atty. Reg. No. 6230668
                                                Assistant Attorney General
                                                100 W. Randolph St., 12th Floor
                                                Chicago, Illinois 60601
                                                312-814-6128
                                                FAX: 312-814-2253
                                                ksaunders@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DARO WEILBURG, | ) |
| | ) |
| Petitioner, | )  No. 06-3125 |
| | ) |
| v. | )  The Honorable |
| | )  Richard Mills, |
| JESSE MONTGOMERY, | )  Judge Presiding. |
| | ) |
| Respondent. | ) |

## NOTICE OF ELECTRONIC FILING

     PLEASE TAKE NOTICE that on February 1, 2007, Katherine D. Saunders, submitted her MOTION TO SUBSTITUTE AS COUNSEL OF RECORD for electronic filing and uploading to the CM/ECF system. The undersigned attorney hereby certifies that a copy of this document has been mailed by United States Postal Service to the following non-CM/ECF participant:

Daro Weilburg
14812 N. Caliente Dr.
Fountain Hills, Arizona 85268

                                                      LISA MADIGAN
                                                      Attorney General of Illinois

                                        By:  <u>s/Katherine D. Saunders</u>
                                                      Atty. Reg. No. 6230668
                                                      Assistant Attorney General
                                                      100 W. Randolph St., 12th Floor
                                                      Chicago, Illinois 60601
                                                      312-814-6128
                                                      FAX: 312-814-2253
                                                      ksaunders@atg.state.il.us