**E-FILED**
Wednesday, 14 February, 2007  12:13:45 PM
Clerk, U.S. District Court, ILCD

FILED

FEB 0 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Daro Weilburg
*In Propria Personam*
14812 N. Caliente Dr.
Fountain Hills, AZ 85268

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

### File No. 06-cv-03125

| | |
|---|---|
| **DARO WEILBURG,** )<br> )<br>Petitioner-Appellant, )<br> )<br>-vs- )<br> )<br>**JESSE MONTGOMERY,** )<br> )<br>Respondent-Appellee. )<br>_____ ) | Notice of Appeal |

Notice is hereby given that DARO WEILBURG, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court for the Central District of Illinois denying his Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. Section 2254 on  the 25th day of January, 2007.

/s/ *Daro Weilberg*
Daro Weilburg
*In Propria Personam*