**E-FILED**
Wednesday, 14 February, 2007  12:55:57 PM
Clerk, U.S. District Court, ILCD

Daro Weilburg
*In Propria Personam*
14812 N. Caliente Dr.
Fountain Hills, AZ. 85268

**IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

FILED
FEB 0 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARO WEILBURG,** ) | Case No. <u>06-3125</u> |
| ) | |
| Petitioner-Appellant, ) | (Hon. Richard Mills) |
| ) | |
| -vs- ) | |
| ) | |
| **JESSE MONTGOMERY, et al.,** ) | |
| ) | |
| Respondent-Appellee. ) | |
| ) | |

### PROOF OF SERVICE

I hereby swear under penalty of perjury that I mailed

The Original and 3 True copies of the foregoing Document(s) on 5

February 2007 to:

> Clerk of the U.S. District Court
> 151 U.S. Courthouse
> 600 East Monroe Street
> Springfield, IL. 62701

And one True Copy to:

> Ms. Katherine D. Saunders
> Assistant Attorney General
> 100 W. Randolph St., 12th Floor
> Chicago, IL 60601

**Documents mailed:**

Notice of Appeal
Request for Certificate of Appealability
Docketing Statement

By _Daro Weilberg_

Daro Weilburg
14812 N. Caliente Dr.
Fountain Hills, AZ.
85268