E-FILED
Friday, 16 February, 2007  09:00:00 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

RE: Weilburg v. Sims
D. C. Docket No. 06-3125
U. S. C. A. Docket No.

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1  Volumes of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:__s/Christy Taylor_____
      Deputy Clerk

06-3125transltr.wpd

34, APPEAL, CLOSED, HABEAS

# U.S. District Court
## United States District Court for the Central District of Illinois (Springfield)
### CIVIL DOCKET FOR CASE #: 3:06-cv-03125-RM
Internal Use Only

Weilburg v. Sims
Assigned to: Judge Richard Mills
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/16/2006
Date Terminated: 12/05/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

Daro Weilburg     represented by   Daro Weilburg
14812 N Caliente Dr
Fountain Hills, AZ 85268
PRO SE

V.

**Defendant**

Warden Greg Sims     represented by   Colleen M Griffin
ILLINOIS ATTORNEY GENERAL
12th Floor
100 W Randolph St
Chicago, IL 60601
312-814-4684
Fax: 312-814-5166
Email: cgriffin@atg.state.il.us
*TERMINATED: 02/12/2007*
*ATTORNEY TO BE NOTICED*

Katherine D Saunders
ILLINOIS ATTORNEY GENERAL
100 W Randolph St
Chicago, IL 60601
312-814-6128
Email: ksaunders@atg.state.il.us
*ATTORNEY TO BE NOTICED*

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 2/15/2007

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2006 | 1 | PETITION for Writ of Habeas Corpus 2254 (Filing fee $ 5, receipt S007715.), filed by Daro Weilburg.(CT, ilcd) (Entered: 06/16/2006) |

| | | |
|---|---|---|
| 06/27/2006 | 2 | MEMORANDUM in Support re 1 PETITION for Writ of Habeas Corpus filed by Petitioner Daro Weilburg. (Attachments: # 1 Appendix A thru D2# 2 Appendix E thru J5# 3 Appendix K thru K10# 4 Appendix L thru N1# 5 Certificate of Service)(BR, ilcd) (Entered: 06/28/2006) |
| 07/17/2006 | 3 | Letter from Plaintiff to Clerk of Court regarding payment of fees. (CT, ilcd) (Entered: 07/18/2006) |
| 08/02/2006 | 4 | OPINION re 1 PETITION for Writ of Habeas Corpus. Attorney General to respond by 9/15/2006. Entered by Judge Richard Mills on 7/28/2006. (CT, ilcd) (Entered: 08/02/2006) |
| 08/02/2006 | | Remark: Copy of file and docket sheet mailed to Respondent and William Browers (CC, ilcd) (Entered: 08/02/2006) |
| 08/07/2006 | 5 | Certified Return Receipt from Taylorville Correctional Center; date of delivery 8/3/06 (CC, ilcd) (Entered: 08/08/2006) |
| 08/14/2006 | 6 | NOTICE of Appearance of Attorney by Colleen M Griffin on behalf of Greg Sims (Griffin, Colleen) QC'd on 8/15/2006 (BR, ilcd). (Entered: 08/14/2006) |
| 08/14/2006 | 7 | MOTION for Extension of Time to File Answer by Defendant Greg Sims.Responses due by 8/28/2006 (Griffin, Colleen) (Entered: 08/14/2006) |
| 08/14/2006 | | TXET ORDER entered 8/14/2006. For good cause shown, the Respondent's motion for a thirty-five day extension of time in which to file his answer, or otherwise plead, to the petition for a writ of habeas corpus [d/e 7] is GRANTED. The response is now due on October 20, 2006. Entered by Judge Richard Mills on 8/14/2006. (CT, ilcd) (Entered: 08/14/2006) |
| 08/15/2006 | 8 | Certified Return Receipt from William Browers; date of delivery 8/7/06 (CC, ilcd) (Entered: 08/18/2006) |
| 08/25/2006 | 9 | MOTION for Summary Judgment by Petitioner Daro Weilburg.Responses due by 9/15/2006 (CT, ilcd) (Entered: 08/25/2006) |
| 10/02/2006 | 10 | MOTION for Order of Travel Between the State of Arizona and the State of Illinois by Petitioner Daro Weilburg.Responses due by 10/16/2006 (CT, ilcd) (Entered: 10/03/2006) |
| 10/16/2006 | 11 | ANSWER to Complaint by Defendant Greg Sims. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18) (Griffin, Colleen) (Entered: 10/16/2006) |
| 10/17/2006 | 12 | MOTION for Order to Show Cause by Petitioner Daro Weilburg.Responses due by 10/31/2006 (BH, ilcd) (Entered: 10/17/2006) |
| 10/20/2006 | 13 | MOTION to Strike by Petitioner Daro Weilburg.Responses due by 11/3/2006 (CT, ilcd) (Entered: 10/23/2006) |
| 11/30/2006 | 14 | MOTION for Hearing by Petitioner Daro Weilburg.Responses due by 12/14/2006 (CT, ilcd) (Entered: 11/30/2006) |

| | | |
|---|---|---|
| 12/05/2006 | 15 | OPINION DENYING PETIONER'S 2254 PETITION. Entered by Judge Richard Mills on 12/5/2006. (CT, ilcd) (Entered: 12/05/2006) |
| 12/05/2006 | 16 | JUDGMENT in favor of Greg Sims against Daro Weilburg (CT, ilcd) (Entered: 12/05/2006) |
| 12/22/2006 | 17 | MOTION for Amendment from Judgment or in the Alternative Motion for Relief from Judgment by Petitioner Daro Weilburg. Responses due by 1/5/2007 (CT, ilcd) (Entered: 12/22/2006) |
| 01/26/2007 | 18 | ORDER denying 17 Motion For Amendment From Judgment or in the alternative Motion For Relief From Judgment. Entered by Judge Richard Mills on 1/25/2007. (CT, ilcd) (Entered: 01/26/2007) |
| 02/01/2007 | 19 | NOTICE of Appearance of Attorney by Katherine D Saunders on behalf of Greg Sims (Saunders, Katherine) (Entered: 02/01/2007) |
| 02/01/2007 | 20 | MOTION to Substitute Attorney, Colleen Griffin to be replaced by Katherine Saunders, by Defendant Greg Sims. Responses due by 2/20/2007 (Saunders, Katherine) (Entered: 02/01/2007) |
| 02/08/2007 | 21 | NOTICE OF APPEAL as to 18 Order on Motion for Relief from Judgment by Daro Weilburg. (CT, ilcd) (Entered: 02/14/2007) |
| 02/08/2007 | 22 | CERTIFICATE OF APPEALABILITY filed by Daro Weilburg. (CT, ilcd) (Entered: 02/14/2007) |
| 02/08/2007 | 23 | JURISDICTIONAL STATEMENT by Daro Weilburg re 21 Notice of Appeal (CT, ilcd) (Entered: 02/14/2007) |
| 02/08/2007 | 24 | CERTIFICATE of service of Notice of Appeal, Certificante of Appealability and Docketing Statement. (CT, ilcd) (Entered: 02/14/2007) |
| 02/12/2007 | | TEXT ORDER: Pending is the motion of Assistant Attorney General Katherine D. Saunders for leave to substitute as counsel for the Respondent. Following the entry of judgment in favor of the Respondent, this case was closed. To the extent there are any future filings in this case, the Court will GRANT the motion [d/e 20] of Katherine D. Saunders to substitute as counsel for the Respondent. Entered by Judge Richard Mills on 2/12/2007. (CT, ilcd) (Entered: 02/12/2007) |
| 02/14/2007 | 25 | Short Record of Appeal Sent to US Court of Appeals re 21 Notice of Appeal (CT, ilcd) (Entered: 02/14/2007) |
| 02/15/2007 | 26 | ORDER denying 22 Motion for Issuance of Certificate of Appealability. Entered by Judge Richard Mills on 2/14/2007. (CT, ilcd) (Entered: 02/15/2007) |