# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   June 19, 2007

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Suite 218
        201 S. Vine Street
        U.S. Courthouse
        Urbana, IL   61802-3369

FROM:   Clerk of the Court

RE:     07-1360
        Weilburg, Daro v. Montgomery, Jesse
        06 C 3125, Richard Mills, Judge

FILED
JUN 20 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

ENCLOSED:                                      TO BE RETURNED AT LATER DATE:
[1]     Volumes of pleadings                   [ ]
[ ]     Volumes of loose pleadings             [ ]
[ ]     Volumes of transcripts                 [ ]
[ ]     Volumes of exhibits                    [ ]
[ ]     Volumes of depositions                 [ ]
[ ]     In Camera material                     [ ]
[ ]     Other_____  [ ]

        Record being retained for use          [ ]
        in Appeal No. _____

Copies of this notice sent to:      Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: ___6/20/07___                      s/V. Ball
(1071-120397)                            Deputy Clerk, U.S. District Court

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted April 25, 2007
Decided April 25, 2007

Before

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 07-1360

| | |
|---|---|
| DARO C. WEILBURG,<br>*Petitioner-Appellant,*<br><br>v.<br><br>JESSE MONTGOMERY,<br>*Respondent-Appellee.* | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 06 C 3125<br><br>Richard Mills,<br>*Judge.* |

ORDER

Daro Weilburg has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2254, and an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED.